DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VAKHTANG GASPARIAN, ) <br> ) <br> Defendant. ) <br> ) | 2:08-cr-00311-MMD-GWF <br><br> **MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT** |

The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, L. Eric Johnson, Chief, Criminal Division, and Kimberly Frayn, Assistant United States Attorney, requests pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to quash arrest warrant and dismiss without prejudice the charges brought against defendant VAKHTANG GASPARIAN which are contained in Second Superseding Indictment 2:08-cr-00311-MMD-GWF which was returned on June 9, 2009.

DATED: April 3, 2014

DANIEL G. BOGDEN
United States Attorney

By: */s/ Kimberly M. Frayn*
KIMBERLY M. FRANY
Assistant United States Attorney
Counsel for Plaintiff

DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone:   (702) 388-6336

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-cr-00311-MMD-GWF |
| VAKHTANG GASPARIAN, | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

Pursuant to Rule 48 (a) of the Federal Rules of criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby quashes arrest warrant and dismisses without prejudice the charges brought against defendant VAKHTANG GASPARIAN that are contained in the above-captioned Second Superseding Indictment which was returned on June 9, 2009.

DATED:   4th    day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE